UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SHEARER PAINTING LLC, et al., <br><br> Defendant(s). | CASE NO. C22-0670-KKE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiffs filed a notice of Defendants' bankruptcy petitions in September 2023. Dkt. No. 17. The parties are ORDERED to file a joint status report no later than October 4, 2024, advising the Court on the status of those proceedings, and whether a case schedule should be entered in this matter. The parties' report should also address whether an updated version of the report provided in February 2023 (Dkt. No. 16) would be useful for purposes of setting a case schedule, if one is requested.

Dated this 13th day of September, 2024.

Ravi Subramanian
Clerk

/s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1