UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>SHEARER PAINTING LLC, et al.,<br><br>Defendant(s). | CASE NO. C22-0670-KKE<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

In response to the Court's order to provide a joint update on the status of these proceedings (Dkt. No. 21), Plaintiffs agreed to voluntarily dismiss this action without prejudice and Defendants did not respond. *See* Dkt. No. 22 at 3.

Accordingly, the Court DISMISSES this action without prejudice, under Federal Rule of Civil Procedure 41(a)(2).

Dated this 7th day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1